UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRYAN DAVIS, SR.,

                  Plaintiff,

    - against-

NATIONAL LAWYER'S GUILD,
BRIAN GLICK, ANGUS LOVE, VICE
PRESIDENT MUMIA ABU-JAMAL, and
VICE PRESIDENT PAUL WRIGHT,

                Defendants.

**ORDER OF DISMISSAL**

09 Civ. 00258 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The docket sheet in this action indicates that the Amended Complaint was

filed on February 27, 2009, and that the summons issued on March 17, 2009.  The docket

sheet further indicates that no proof of service of the summons and Amended Complaint

has been filed.  On July 22, 2009, the Court issued an order providing Plaintiff with

notice that if service was not made by August 24, 2009, or if Plaintiff did not make an

application by that date to extend the time for service, this action would be dismissed.

        As of the date of this order, the docket sheet indicates that no proof of

service of the summons and complaint has been filed, and the Court has not received any

application from Plaintiff to extend the time for service.  Therefore, it is hereby

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/25/09_

ORDERED that **this action is dismissed without prejudice** pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

The Clerk of the Court is directed to send a copy of this order to Plaintiff at the following address:  Bryan Davis, Sr. (#P62597), Salinas Valley State Prison, P.O. Box 1020, Soledad, CA  93960-1020.

Dated:  New York, New York          SO ORDERED.
        September 25, 2009

Paul G. Gardephe
United States District Judge